# U.S. District Court

## Oklahoma Western - Oklahoma City

Receipt Date: Apr 14, 2025 1:45PM

Devon M Jacob

| Rcpt. No: 500011504 | Trans. Date: Apr 14, 2025 1:45PM | | Cashier ID: #NA (3647) | |
|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 200 | Civil Filing Fee- Non-Prisoner | 25-CV-00426-JD<br>**FBO**: Plaintiffs | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $405.00 |
| | Total Due Prior to Payment: | $405.00 |
| | Total Tendered: | $405.00 |

**Comments**: Civil Filing Fee- Non-Prisoner Case #:25-CV-00426-JD, FBO:Plaintiffs

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.