IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **LICH THANH VU**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No. CIV-25-00426-JD |
| ) | |
| v. ) | |
| ) | |
| **JOSEPH D. GIBSON**, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' SUGGESTION OF DEATH

Pursuant to FED. R. CIV. P. 25(a)(1), it is with regret that I must inform the Court of the death of Plaintiff, Lich Thanh Vu, which occurred on Friday, October 3, 2025. Mr. Vu was a resident of Oklahoma. Since his death, no personal representative has been appointed on behalf of his estate. As Mr. Vu's claims survive his death, within 90 days of the date of this notice, in accordance with 42 U.S.C. § 1988 and 12 OK Stat § 1054, his widow, Lan Thuy Nguyen Vu (who is already a Plaintiff in this matter), will either (1) file a Third Amended Complaint with consent of Defense Counsel, or (2) file a Motion to seek leave of Court to file a Third Amended Complaint. The purpose of the Third Amended Complaint will be for Lan Vu to (1) substitute herself in place of Lich Vu for all claims that survived his death, and (2) assert wrongful death claims pursuant to 42 U.S.C. § 1983 and 12 OK Stat §§ 1053 & 1054.[1]

---

[1] A Defendant may be held liable for wrongful death even when their conduct is not the sole cause of death, i.e., when a pre-existing disease is present, and/or when their conduct is not the immediate cause of death. To be held liable, a Defendant's conduct needs only to be a substantial factor in causing the death.

**Respectfully Submitted,**

| | |
|---|---|
| **/s/** *Devon M. Jacob* | **Date: November 3, 2025** |
| **DEVON M. JACOB, ESQUIRE** | |
| PA Bar Number: 89182 | |
| **JACOB LITIGATION, INC.** | |
| P.O. Box 837, Mechanicsburg, Pa. 17055-0837 | |
| 717.796.7733 | djacob@jacoblitigation.com | |

*Plaintiffs' Counsel*

---

## CERTIFICATE OF SERVICE

---

I hereby certify that on the date listed below, I served a copy of Plaintiffs' Suggestion of Death on all counsel of record via ECF.

**/s/** *Devon M. Jacob*                          **Date: November 3, 2025**
**DEVON M. JACOB, ESQUIRE**