IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LICH THANH VU; and LAN THUY NGUYEN VU, personally and as the guardian of LICH THANH VU, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH D. GIBSON; and CITY OF OKLAHOMA CITY, <br><br> Defendants. | Case No. CIV-25-00426-JD |

## ORDER

Before the Court is Plaintiffs' Motion to Substitute Personal Representative pursuant to Fed. R. Civ. P. 25(a)(1) ("Motion") filed on January 30, 2026. [Doc. No. 35]. Plaintiffs filed the Motion following their Suggestion of Death of Plaintiff Lich Thanh Vu, which was filed on November 3, 2025. [Doc. No. 34]. Upon review, the Court GRANTS the Motion.

The Court ORDERS that Lan Thuy Nguyen Vu, Personal Representative for the Estate of Lich Thanh Vu, is substituted in place of Plaintiff Lich Thanh Vu and Lan Thuy Nguyen Vu, as guardian of Lich Thanh Vu, for all purposes in this case and DIRECTS the Clerk of this Court to update the case docket to reflect that the Plaintiff is Lan Thuy Nguyen Vu, Personal Representative for the Estate of Lich Thanh Vu.

Following this Order, captions for all filings should reflect Lan Thuy Nguyen Vu, personally, and as Personal Representative for the Estate of Lich Thanh Vu as Plaintiffs. Filings in violation of this Order will be stricken.

IT IS SO ORDERED this 11th day of February 2026.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE