# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

LAN THUY NGUYEN VU, personally )
and as Personal Representative for the )
Estate of Lich Thanh Vu, )
                                   )
           Plaintiff, )
                                   )
v. )         Case No. CIV-25-00426-JD
                                   )
JOSEPH D. GIBSON; and CITY OF )
OKLAHOMA CITY, )
                                   )
           Defendants. )

## ORDER

Plaintiff filed a Motion for Leave to File a Third Amended Complaint Pursuant to Fed. R. Civ. P. 15(a)(2) ("Motion"). [Doc. No. 41]. Defendant Joseph D. Gibson and City of Oklahoma City each filed a Response, opposing the Motion. [Doc. Nos. 44, 45]. Plaintiff filed a Reply. [Doc. No. 46].

Defendant Gibson opposes Plaintiff's Motion, stating that Plaintiff's Third Amended Complaint is untimely pursuant to 51 Okla. Stat. § 157(B) and that the deadline to file the Third Amended Complaint was April 6, 2026, the date upon which Plaintiff filed the Motion. [Doc. No. 44 at 5–6]. Plaintiff counters that the Third Amended Complaint is timely because the Court should deem it filed as of the date of the Motion. [Doc. No. 46 at 3].

The Court ORDERS the parties to file briefing regarding whether the Third Amended Complaint should relate back to the date of one of Plaintiff's prior complaints, pursuant to Federal Rule of Civil Procedure 15(c). Plaintiff shall file a brief by **May 11,**

**2026**. Defendants shall file their responses by **May 15, 2026**. Briefs shall not exceed **ten (10) pages**. No replies will be permitted without leave of Court. Failure to abide by the Court's Order and the deadlines imposed herein may result in sanctions.

 **IT IS SO ORDERED** this 4th day of May 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE

2